In the Matter of SAMUEL STERN et al., Appellants, against FRANK J. TAYLOR, as Comptroller of the CITY of NEW YORK, et al., Respondents.

Argued April 21, 1938; decided May 24, 1938.

*Arthur J. W. Hilly* and *Samuel Stern* for appellants.
*William C. Chanler, Corporation Counsel (Oren Clive Herwitz* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.